IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBRICHEE D JACKSON, | § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL NO. 2:17-CV-314 |
| ANTHONY MACKEY JR, | § § § | |
| Defendant. | § § | |

# ORDER

Before the Court is the August 6, 2018 Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred, Dkt. No. 35, and Defendant Mackey's Objections to the Court's Report and Recommendation, Dkt. No. 37.

The Court reviews objected-to portions of the Magistrate Judge's proposed findings and recommendations de novo. 28 U.S.C. § 636(b)(1). After independently reviewing the record and considering the applicable law, the Court **ADOPTS** the M&R in its entirety, Dkt. No. 35; **OVERRULES** Defendant's objections, Dkt. No. 37 and **DENIES** Defendant's motion for summary judgment, Dkt. No. 33.

SIGNED this 14th day of March 2019.

Hilda Tagle
Senior United States District Judge