IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **ROBRICHEE D. JACKSON,** | § § | |
| **VS.** | § § | **CIVIL ACTION NO. 2:17-cv-00314** |
| **ANTHONY MACKEY JR.** | § | |

**DEFENDANT MACKEY'S ADIVSORY TO THE COURT**

Defendant Anthony Mackey Jr. ("Defendant") files this Advisory to the Court.

### ADVISORY

Defendant advises the court of the following matters:

1. The disciplinary hearing records with supporting documentation pertaining to Offender Aundrye Curry TDCJ No. 1432873, have been received and will be disclosed to Plaintiff immediately upon redaction. There was no written statement from defendant Mackey in the disciplinary records.

2. Counsel has requested any recordings of Plaintiff's disciplinary hearing. The requested hearing recording is outside the two year timeframe for retention, however, McConnell Unit personnel are ascertaining if any recordings still exist. If any records exist, Defendant will immediately supplement and notify this Court.

3. Disciplinary Hearing Captain Placidio Samaniego is currently employed as an Assistant Warden at the Lopez State Jail in Edinburg.

4. Correctional "Officer Correra"--TDCJ Human resources was unable to identify an employee named Correra working at the McConnell Unit. They were able to identify Correctional Officer Jesus Correa who worked at the unit during the relevant time period. Officer Correa's last known address will be provided to Plaintiff.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Chief, Law Enforcement Defense Division

*/s/ Christopher Lee Lindsey*
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24065628
Southern District No. 1021745

*/s/ Bruce R. Garcia*
**BRUCE GARCIA**
Assistant Attorney General
Texas State Bar No. 07631060
Southern District ID No. 18934

Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / Fax (512) 936-2109
Christopher.Lindsey@oag.texas.gov
Bruce.Garcia@oag.texas.gov

**ATTORNEYS FOR DEFENDANT**

## NOTICE OF ELECTRONIC FILING

I, CHRISTOPHER LEE LINDSEY, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Southern District of Texas on July 12, 2021.

*/s/ Christopher Lee Lindsey*
CHRISTOPHER LEE LINDSEY
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, CHRISTOPHER LEE LINDSEY, Assistant Attorney General of Texas, certify that a true copy of the foregoing has been served on all parties electronically by use of the CM/ECF system on this July 12, 2021.

*/s/ Christopher Lee Lindsey*
CHRISTOPHER LEE LINDSEY
Assistant Attorney General