UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Robrichee D Jackson

v.                                              Case Number: 2:17−cv−00314

Anthony Mackey, Jr

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable Hilda G Tagle**

**PLACE:**
United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, Texas 78401

**DATE:**     9/27/2021

**TIME:**     09:00 AM

**TYPE OF PROCEEDING:**     Jury Selection
Jury Trial

Date:   July 26, 2021

Nathan Ochsner, Clerk